U.S. Department of Justice
United States Attorney
Northern District of Georgia

# P L E A (With Counsel)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

CRIMINAL NO. 1:04-CR-407-TWT

I, CHRISTOPHER MICHAEL TERRY, defendant, having received a copy of the within Indictment, and having been arraigned plead <u>GUILTY</u> thereto to count(s) One and Two thereof.

In Open Court this 22st day of October, 2004.

_____
SIGNATURE (Attorney for Defendant)
NICOLE KAPLAN

_____
SIGNATURE (Defendant)
CHRISTOPHER MICHAEL TERRY

INFORMATION BELOW MUST BE TYPED OR PRINTED

<u>NICOLE KAPLAN</u>
NAME (Attorney for Defendant)

<u>CHRISTOPHER MICHAEL TERRY</u>
NAME (Defendant)

<u>100 Peachtree Street, Suite 200</u>
STREET

_____
STREET

<u>Atlanta, GA 30303</u>
CITY & STATE   ZIP CODE

_____
CITY & STATE   ZIP CODE

PHONE NUMBER <u>404/688-7530</u>

PHONE NUMBER _____

STATE BAR OF GEORGIA NUMBER  <u>382495</u>

Filed in Open Court

FILED IN OPEN COURT
U.S.D.C. Atlanta

By _____ OCT 2 2 2004 _____

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

Form No. USA-40-19-B
(Rev. 7/12/82)
N.D. Ga. 11/2/93